UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Savannah Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 OCT 29 AM 11:00
CLERK_____
SO. DIST. OF GA.

USA

vs

PECHOKA LAVERNE SANDERS

CASE NUMBER CR406-411

## ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This _29_ day of _Oct_, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA